```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA,


     - against -                         19 Cr. 604(DAB)
                                              ORDER

MADHAWA DUMINDA EDIRISINGHE KODITHUWAKKU,

                Defendant.
---------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

At the next status conference in this matter, Defendant Kodithuwakku shall be prepared to tell the Court what, if any, motions he expects to make.

SO ORDERED.

DATED:   New York, New York
         November 20, 2019

_____
Deborah A. Batts
United States District Judge