UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
              :
UNITED STATES OF AMERICA
              :           19-Cr-604
   -against-  :           ORDER
              :
Edirisinghe Kodithuwakku, Madhawa
              :
Defendant
              :
------------------------------------X

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/ treatment as directed by Pretrial Services.

Dated: New York, New York
November 21,2019

SO ORDERED:

_____
Sarah Netburn
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 2 1 2019