```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA


    - against -                              19 Cr. 604 (DAB)
                                                  ORDER

Madhawa Duminda Edirisinghe Kodithuwakku
            Defendant
--------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

The status conference in the above captioned case that was scheduled for Tuesday, April 7, 2020 at 10:30 A.M. is rescheduled to Tuesday, April 7, 2020 at 2:30 P.M.

Time is excluded under the Speedy Trial Act from today until April 7, 2020.

SO ORDERED

DATED:   New York, New York
         December 17, 2019

*Deborah A. Batts*
Deborah A. Batts
United States District Judge