USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MADHAWA DUMINDA EDIRISINGHE KODITHUWAKKU,

Defendant.

No. 19-CR-604 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case was reassigned to me on February 11, 2020. The conference scheduled for April 7, 2020 at 2:30 p.m. will be held in Courtroom 1506 at 40 Foley Square. If the parties wish to meet at any other time, they shall contact my Courtroom Deputy, Allison Cavale, at (212) 805-0162.

SO ORDERED.

Dated: February 25, 2020
New York, New York

Ronnie Abrams
United States District Judge