

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

January 29, 2021

**Sent Via ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 29, 2021

Re: *USA v. Kodithuwakku, et al. 19 Cr. 604 (RA)*

Dear Judge Abrams:

    Please be advised that the undersigned counsel represents Madhawa Kodithuwakku in the above-captioned matter, which is scheduled for sentencing on February 12, 2021. I write to respectfully request a brief extension to file our defense sentencing memorandum and exhibits until Monday, February 1, 2021. The Government has no objection to this request.

    If you have any questions or concerns, please do not hesitate to contact me. Thank you for your time and consideration.

Very truly yours,

s/ Jacqueline E. Cistaro, Esq.

cc: Assistant United States Attorney Aline Flodr (*via electronic mail and ECF*)